☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:  **Shantee Nicole Barrett-Jackson**                                   Case No.

Debtors:                                                                     Chapter 13


# CHAPTER 13 PLAN

**ADDRESS:**  (1)  **6164 Live Oak Cove**             (2)
             **Memphis, TN 38115**

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $ **412.00**                               (☐ weekly, ■ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
      ■ PAYROLL DEDUCTION From:  **Sedgewick Memphis, TN 38120**     OR ( ) DIRECT PAY
   **Debtor(2)** shall pay $                                          (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
      ☐ PAYROLL DEDUCTION From:                                      OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]          ☐ YES    ■ NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION            ■ YES    ☐ NO
       OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].        ☐ YES    ■ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ■ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                                   Monthly Plan Payment:

|  | Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to: | |
|---|---|---|
| **None** | ongoing payment begins | $ |
|  | Approximate arrearage: | |

**5. PRIORITY CLAIMS:**

| **Tennessee Dept of Labor** | Amount **648.00** | $ **11.00** |

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

| **None** | ongoing payment begins | | $ |
|---|---|---|---|
|  | Approximate arrearage: | Interest | |

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **StoneCrest Income & Opp. Fund** | **106,600.00** | **0.00** | $**331.00** |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-      Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

-NONE-      Amount: _____    Rate of Interest: _____    Monthly Plan Payment: $_____

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

Sallie Mae      ☐ Not provided for    **OR**    ■ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $17,515.00

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

     ☐ _____ %, OR,
     ■ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None      ☐ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

     ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Bo Luxman BPR      Date March 12, 2018 .
Bo Luxman BPR #21580
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)